IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VERONICA RILEY,

    Petitioner,

v.                              CASE NO. 4:10cv561-RH/WCS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition challenging the petitioner's conviction out of the Middle District of Florida, is DISMISSED with prejudice." The clerk must close the file.

SO ORDERED on October 13, 2011.

                                        Robert L. Hinkle
                                        United States District Judge